

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00382-CV

| | | |
|---|---|---|
| CCPA ENTERPRISES, INC. AND RICKEY CONRADT, Appellants | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-237051-09) |
| V. | | |
| | § | October 31, 2019 |
| BEDFORD HOSPITALITY INVESTMENTS, LLC D/B/A HOLIDAY INN - BEDFORD, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants CCPA Enterprises, Inc. and Rickey Conradt shall jointly and separately pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr